IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH RYDER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 3:21-cv-03228-SEM-TSH ) |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) |
| Defendant and Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| GHD SERVICES, INC., | ) ) |
| Third-Party Defendant. | ) |

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the above-captioned case has settled as to all parties, that plaintiff hereby dismisses this action with prejudice, and that the Third-Party Plaintiff hereby dismisses its Third Party action with prejudice.

**Blunt Slocomb, Ltd.**

s/Paul T. Slocomb (with permission)
Paul T. Slocomb
1115 Locust St., 4th Floor
St. Louis, MO  63101
paulslocomb@yahoo.com

*Attorneys for Plaintiff*

**Patton & Ryan LLC**

*Eric Oppliger*
Eric Oppliger
330 N. Wabash Avenue, Suite 3800
Chicago, Illinois  60611
eoppliger@pattonryan.com
*Attorneys for Third-Party Defendant*

**Thompson Coburn LLP**

_____
Kurt E. Reitz, #35318
525 West Main Street, Suite 300
Belleville, Illinois  62220
kreitz@thompsoncoburn.com

*Attorney for Defendant/Third-Party Plaintiff*